IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff-Respondent, | § § | |
| v. | § § | Cr. No. C-01-325<br>C.A. No. C-05-cv-336 |
| NORMA ANGELICA MORENO, | § § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing for lack of jurisdiction defendant Norma Angelica Moreno's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 12th day of July, 2005.

_____
Janis Graham Jack
United States District Judge